FILED
13 DEC -3 AM 10: 33
CLERK U.S. DISTRICT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| Plaintiff, ) | |
| ) | 1:13CR531 |
| v. ) | CASE NO.: JUDGE BOYKO |
| KRISTIE McCLARREN, ) | Title 29, United States Code, Section 501(c) |
| Defendant. ) | |

## COUNT ONE

The United States Attorney charges:

From on or about December 12, 2011, through on or about October 22, 2012, in the Northern District of Ohio, Eastern Division, Defendant, KRISTIE McCLARREN, while an officer, that is, Financial Secretary-Treasurer, of the United Auto Workers, Local 3061, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $152,639.76, in violation of Title 29, United States Code, Section 501(c).

STEVEN M. DETTELBACH
United States Attorney

By: _Ann C. Rowland_
ANN C. ROWLAND, Unit Chief
Major Fraud & Corruption Unit